. ■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MILLS, Appellant. [678 NYS2d 546] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Boehm, JJ.